# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANTHONY MONEYHAM, | : | No. 3:18cv1532 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this ___15th___ day of May 2019, we have before us for disposition Magistrate Judge Joseph F. Saporito's report and recommendation, which proposes that Petitioner Anthony Moneyham's *pro se* petition for a wit of habeas corpus be denied because petitioner's claim is barred by procedural default. Specifically, the magistrate judge found that the petitioner failed to properly exhaust his administrative remedies, failed to demonstrate that he was precluded from doing so by some external factor, and failed to show any actual prejudice.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(B) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that

there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither clear error on the face of the record nor manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1. The magistrate judge's report and recommendation (Doc. 11) is **ADOPTED**;
2. The instant petition for a writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**;
3. Based upon the reasoning in the report and recommendation, we decline to issue a certificate of appealability. See 28 U.S.C. § 2253(c) and 3d Cir. LAR. 22; and
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court